

$150.00

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY A. SMITH,** | : CIVIL ACTION |
| **Plaintiff,** | : |
| **v.** | : |
| **JO ANNE B. BARNHART,** | : NO. 04cv2144 |
| **Commissioner of Social** | |
| **Security,** | : |
| **Defendant.** | : |

**FILED**

MAY 18 2004

By ____ Mic... ____ Dep. Clerk

## <u>COMPLAINT</u>

1. The Plaintiff, KIMBERLY A. SMITH, whose Social Security Account No. is 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, seeks judicial review pursuant to 42 U.S.C. 405(g) of an adverse decision of the defendant which has become final and bears the following caption:

In the case of                              Claims for

**KIMBERLY A. SMITH**                   **Disability Insurance Benefits**

SSN: 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

2. This appeal has been commence within the time period as specified by the Social Security Administration to review the decision of the Appeals Council rendered on March 19, 2004.

3. Plaintiff has exhausted all administrative remedies.

4. On September 24, 2003, Plaintiff was denied benefits under the Social Security Act by an Administrative Law Judge of the Office of Hearings and Appeals, and on March

1



19, 2004, the Appeals Council affirmed the decision of the Administrative Law Judge.

5. The Decision denying Plaintiff's claim is not in accordance with the purpose and intent of the Social security Act nor is it in accordance with the law, nor, is it in accordance the evidence, in that Plaintiff continues to be disabled from performing substantial gainful activity.

WHEREFORE, Plaintiff prays that the Defendant, Commissioner of Social Security, be required to answer this Complaint and to file a certified copy of transcript of the record, including the evidence on which said findings and Decisions are based, and that the said Decision be reviewed, reversed and set aside, and that the claim of Plaintiff, KIMBERLY A. SMITH, for Social Security benefits be allowed, and that such other relief be granted as may be proper including costs and attorney fees.

Respectfully Submitted,

JBK2552

JAMES B. KONIECZNY, Esquire
Attorney For Plaintiff
226 West Market Street
West Chester, PA 19382
(610) 431-9480

2